THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL VARGAS, JOSE JIMENEZ, DANIEL MARTINEZ AND ALVARO GARZA | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-cv-02403 |
| HONGHUA AMERICA, LLC, MI ZHANG, MANAGER, Individually, JIE REN, MANAGER, Individually ZHANG YANHONNG, MANAGER, Individually, and PEI AO, MANAGER and PRESIDENT, Individually, | § § § § § § § § | (JURY) |
| Defendant. | § § | |

ORDER APPROVING SETTLEMENT
AND DISMISSING CLAIMS WITH PREJUDICE

The Joint Motion for Court Approval of Settlement and For Dismissal of Claims With Prejudice (the "Motion") filed by Daniel Vargas ("Vargas"), Jose Jimenez ("Jimenez"), Daniel Martinez ("Martinez") and Alvaro Garza ("Garza") (collectively, the "Plaintiffs") and Defendants Honghua America, LLC ("Honghuo"), Mi Zhang ("Zhang"), Jie Ren ("Ren"), Zhang Yanhonng (Yanhonng"), Pei Ao ("Ao") (collectively, the "Parties") is granted as follows:

It is ORDERED that the settlement is approved and the Parties claims against each other in the above-captioned matter, if any, are dismissed with prejudice.

SIGNED: March 29, 2012

Nancy F. Atlas
United States District Judge